IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ADONAY DEJESUS FRANCO,<br><br>    Defendant. | No. 06-CR-4084-DEO<br><br>**ORDER REGARDING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

On September 20, 2006, a 2 Count Indictment (Docket No. 2, 09/20/2006) was returned against defendant Adonay DeJesus Franco.

Count 1 of that Indictment charges that on or about August 28, 2006, in the Northern District of Iowa, the defendant, Adonay DeJesus Franco, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Count Two of that Indictment charges that on or about August 28, 2006, in the Northern District of Iowa, the defendant, Adonay DeJesus Franco, then being an alien who was illegally and unlawfully in the United States, did knowingly

possess a firearm, that is a Westernfield Model XNH565C Short 12-gauge shotgun, which had been shipped or transported in interstate or foreign commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

The Indictment further sets out that by virtue of having committed the act[s] specified in Count 2 of the Indictment, the defendant, Adonay DeJesus Franco, shall forfeit to the United States any firearm or ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(5), including but not limited to the firearm listed above.

This is pursuant to 18 U.S.C. Section 924(d)(1) and 28 U.S.C. Section 2461(C).

On March 7, 2007, defendant Adonay DeJesus Franco appeared before Chief United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Counts 1 and 2 of the Indictment. On the same date, Chief Magistrate Judge Zoss filed a Report and Recommendation (Docket No. 16, 03/07/2007) in which he recommends that defendant Adonay DeJesus Franco's guilty plea be accepted. No objections to Chief Judge Zoss's Report and Recommendation were filed. The Court, therefore,

undertakes the necessary review of Judge Zoss's recommendation to accept defendant Adonay DeJesus Franco's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

3

In this case, no objections have been filed, and it appears to the Court upon review of Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that the this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 16), and accepts defendant's plea of guilty in this case to Counts 1 and 2 of the Indictment filed on September 20, 2006 (Docket No. 2).

**IT IS SO ORDERED** this 26th day of April, 2007.

*Donald E. O'Brien*
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa